UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

===================================

BSE TECH LLC,

        **Plaintiff,**

    v.                                             Docket No. 1:13-cv-10972-FDS

ASIA TECH CORPORATION, and
FRANCIS COLLIGAN,

        **Defendants.**

===================================

## DEFAULT JUDGMENT

**SAYLOR, J.**

    Defendants <u>Asia Tech Corporation</u> and <u>Francis Colligan</u> having failed to plead or otherwise defend in this action and their default having been entered,

    Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $1,330,000.00 in compensatory damages; that defendants owe plaintiff the sum of punitive damages in the amount of $1,330,000.00; that defendants are not an infant or incompetent person or in the military service of the United States; and in accordance with the Court's Memorandum and Order, dated January 29, 2014, granting plaintiff's motion for default judgment in the above-entitled action,

    **IT IS HEREBY ORDERED:**

1)     Plaintiff is awarded $1,330,000 in compensatory damages and $1,330,000 in multiple damages under the Massachusetts Consumer Protection Act, M.G.L. c.93A against both defendants, jointly and severally.

2)      Prejudgment interest at twelve (12%) percent of compensatory damages is calculated to be $125,493.62, for a **total judgment of $2,785,493.62** against both defendants, jointly and severally.

3)      Declaratory judgment shall enter, declaring that:

    a)    the ownership interests in BSE Tech, LLC, as held by Asia Tech, have been forfeited to the plaintiff;

    b)    BSE Tech has no obligation to pay defendants a further installment of $325,000 as contemplated by the contracts between them; and

    c)    defendants shall indemnify BSE Tech for the action pending in Texas state court, captioned as *Longmeadow Properties, LLP, d/b/a Longmeadow Properties v. Asia Tech Corporation, BSE Tech LLC, and Francis Colligan*, No. 11-09-10216-CV, as outlined in the contracts between them.

By the Court,

/s/ Pietro Cicolini
Deputy Clerk

Dated: January 30, 2014

NOTE: The post judgment interest rate effective this date is  0.11%.